had not complied with an *ex parte* order requiring them to furnish security for costs. Said motion was granted, and judgment entered. Judgment and order granting motion to dismiss complaint reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

ROSE NICOLETTI and ANTHONY NICOLETTI, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent. (Appeal No. 1.) — Action to recover damages for personal injuries and loss of services due to the alleged negligence of the defendant. Upon an affidavit alleging that plaintiffs were not residents of the State of New York, defendant obtained *ex parte* an order directing them either to pay into court within ten days $250 to be applied to the payment of costs, if any, awarded against them, or at their election file an undertaking in that sum as security for such costs. Plaintiffs moved to vacate said order, which motion was denied, and on reargument the original decision was adhered to. This appeal is from the order denying the motion to vacate the *ex parte* order and from the order entered on reargument. Orders modified by granting the relief awarded in the alternative by the *ex parte* order, provided the sum of $250 is paid into court or the undertaking in that amount is filed within fifteen days from service of the order entered on this appeal, with notice of entry thereof, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

NIKOLI MILLER, Respondent, v. SOL VAN BERG and Another, Appellants. — On appeal by defendants from so much of an order as grants plaintiff's cross-motion for an examination of defendants before trial, order reversed in so far as it grants said cross-motion, with leave to plaintiff to apply for examination before trial, if defendants attend the trial, and for postponement of the trial for such purpose; and, in so far as it denies defendant Albert Worms' motion for a bill of particulars as to certain items, reversed, and the motion in all respects granted. Bill of particulars to be served within ten days after service of a copy of the order with notice of entry. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

NIKOLI MILLER, Respondent, v. SOL VAN BERG and Another, Appellants. — Order denying defendants' motion for the issuance of a commission reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of HERMINE ALMA HEYE, GERDA ALBRAND, nee BARLEBEN, ERNO BARLEBEN, CARL BARLEBEN for an Order Setting Aside the Decree Judicially Settling the Account of CHARLES MEYER, as Administrator C. T. A. of FRANCES ECKMEYER, Deceased, etc.— Motion for leave to appeal to the Court of Appeals granted. [See 246 App. Div. 814.] Settle order on notice. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

EMMA BAUMEISTER v. OTTO TIMME.— Motion for leave to appeal to the Court of Appeals or for reargument, and for extension of time to answer denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business of the UNION MUTUAL CASUALTY INSURANCE CORPORATION. UNITED THRIFT